# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO.  03-24-00085-CV

**Eric Ross, Appellant**

**v.**

**Conn's Appliances, Inc. d/b/a Conn's Homeplus, Appellee**

### FROM THE 126TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-20-007614, THE HONORABLE DANIELLA DESETA LYTTLE, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellee Conn's Appliances, Inc. d/b/a Conn's Homeplus has filed an agreed motion to dismiss this appeal.  We grant the agreed motion and dismiss the appeal.  *See* Tex. R. App. P. 42.1(a).

_____

Gisela D. Triana, Justice

Before Justices Baker, Triana, and Kelly

Dismissed on Agreed Motion

Filed:  February 28, 2024